

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00490-CV

**IN THE INTEREST OF B.H., JR.**, a Child

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVPC-21-0000219
Honorable Robert J. Falkenberg, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we AFFIRM the trial court's order terminating the parental rights of appellant Barry.[1] Because appellant is indigent, no costs of this appeal are assessed against appellant.

SIGNED January 18, 2023.

Luz Elena D. Chapa, Justice

---

[1] To protect the identity of the minor child, we refer to appellant by a fictitious name. *See* TEX. FAM. CODE § 109.002(d); TEX. R. APP. P. 9.8.